UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 1:14-cr-00085-JMS-DML |
| ) | |
| DUSTIN HOWARD PENNINGTON (01), ) | |
| ) | |
| Defendant. ) | |

## ORDER ADOPTING AMENDED REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Doris Pryor's Amended Report and Recommendation dkt [81] recommending that Dustin Howard Pennington's supervised release be revoked, pursuant to Title 18 U.S.C. §3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, and with no objections being filed, the Court **APPROVES and ADOPTS** Magistrate Judge Pryor's Amended Report and Recommendation dkt [81]. The Court finds that Mr. Pennington committed Violation Numbers 2 and 3 as alleged by the U.S. Probation Office in its *Petitions for Warrant or Summons for Offender under Supervision* dkt [72]. The Court now orders that the defendant's supervised release is therefore **REVOKED**, and Mr. Pennington is sentenced to the custody of the Attorney General or his designee for a period of twelve (12) months imprisonment with no supervised release to follow. The Court recommends placement at USP Big Sandy.

Date: 6/17/2019

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation Office, United States Marshal